**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| ERIC JACKSON, ADMINISTRATOR OF THE ESTATE OF FLORENCE JACKSON, DECEASED, | : | No. 440 EAL 2016 |
| | : | |
| | : | |
| | : | Petition for Allowance of Appeal from |
| Petitioner | : | the Order of the Commonwealth Court |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| CITY OF PHILADELPHIA AND FAIRMOUNT LONG TERM CARE, | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

 **AND NOW**, this 22nd day of March, 2017, the Petition for Allowance of Appeal is **DENIED**.